UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                         :

ROADWAY MOVING AND STORAGE, INC. d/b/a :
ROADWAY MOVING, and ROADWAY MOVERS  :
INC. d/b/a ROADWAY MOVING,             :        18 Civ. 4169 (KPF)
                                           :

                    Plaintiffs,     :        <u>DEFAULT</u>
                                         :        <u>JUDGMENT</u>
          v.                         :
                                         :

ROADWAY MOVERS LLC and WILLIAM      :
RODRIGUEZ,                           :
                                       :

                    Defendants.   :
                                       :
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      This action having been commenced against Defendants Roadway Movers LLC and William Rodriguez (collectively, "Defendants") on May 9, 2018 upon the filing of the Complaint, and a copy of the Summons and Complaint having been duly served on Defendants, and Defendants not having answered the Complaint or otherwise appeared in this action, and Defendants' time for answering the Complaint or otherwise appearing having expired, it is hereby

      ORDERED, ADJUDGED AND DECREED that Plaintiffs Roadway Moving and Storage, Inc. and Roadway Movers Inc. (collectively, "Plaintiffs") have judgment against Defendants permanently enjoining Defendants, together with each of their respective officers, agents, representatives, parents, subsidiaries, successors, assigns, affiliates, servants, employees, licensees, attorneys, and all those acting in concert or in participation with Defendants, from using,

advertising, or selling moving services in connection with: (a) the name "Roadway Movers," (b) the word "Roadway," (c) or any name or word confusingly similar to "Roadway"; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiffs shall have judgment against Defendants, jointly and severally, in an amount to be determined at an inquest to be conducted before Magistrate Judge Sarah Netburn.  This Court shall issue a referral to Magistrate Judge Netburn under separate cover.

SO ORDERED.

Dated:     April 1, 2019
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge